**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**MARIE L. CAVENAILE,**

   **Plaintiff,**

**vs.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA L.P.,**
**PURDUE PHARMA, INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORATORIES, INC.,**
**MALLINCKRODT, INC.,**

   **Defendants.**                                            **No. 04-CV-401-DRH**


<u>**ORDER**</u>


**HERNDON, District Judge:**

   Before the Court is Plaintiff Marie Cavenaile's motion to withdraw her motion to stay filed on July 6, 2005, and to file a revised motion.  (Doc. 54.)  She seeks to file a revised motion because her original motion incorrectly referred to a pending summary judgment motion even though no such motion has been filed.  (Doc. 53; Doc. 54, Ex. 2.)  The Court **GRANTS** Plaintiff's motion to withdraw and file a revised motion to stay.  (Doc. 54.)  Plaintiff's motion is hereby **WITHDRAWN**.  The Court **GRANTS LEAVE** to Plaintiff to submit a revised motion to stay.  Defendant's response time shall be calculated from the date Plaintiff files her revised motion to

1

stay.  Furthermore, the Court **ADVISES** the Parties that the docket number for this case is **04-CV-401-DRH** (not "**GPM**").

        **IT IS SO ORDERED.**

Signed this 8th day of July, 2005.

        /s/    David RHerndon
        **United States District Judge**