IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **MARIE L. CAVENAILE,** | ) | **Electronically Filed** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 04-CV-401-DRH |
| | ) | |
| THE PURDUE PHARMA COMPANY, | ) | |
| PURDUE PHARMA, L.P., | ) | |
| PURDUE PHARMA INC., | ) | |
| PURDUE FREDERICK COMPANY, | ) | |
| THE P.F. LABORABORIES, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**HERNDON, District Judge:**

Pursuant to Plaintiff's Unopposed Motion to Stay Proceedings (Doc. 68), agreed upon by all Defendants herein, this Court hereby **GRANTS** the motion and the case is hereby **STAYED** as to the Plaintiff and Defendants, The Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc, until October 31, 2006.

With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

**IT IS SO ORDERED.**

Signed this 23rd day of October, 2006.

/s/        David   RHerndon
**United States District Judge**