## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARIE L. CAVENAILE,**

**Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA L.P.,**
**PURDUE PHARMA INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORATORIES, INC.,**
**and MALLINCKRODT, INC.,**

**Defendants.**                                                     **No. 04-CV-401-DRH**

### ORDER OF DISMISSAL

**HERNDON, District Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 74).  Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs.  The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of January, 2007.

/s/      David   RHerndon
**United States District Judge**