IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARIE L. CAVENAILE,**

    **Plaintiff,**

  vs.                                Cause No. 04-CV-401 DRH

**THE PERDUE PHARMA COMPANY
PURDUE PHARMA, L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORATORIES, INC., and
MALLINCKRODT, INC.,**

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                            **NORBERT G. JAWORSKI, CLERK**

January 22, 2007                                        By:   s/Patricia Brown
                                                                           Deputy Clerk

APPROVED:/s/    David   RHerndon
                   **U.S. DISTRICT JUDGE**